No. 510. KNAUER *v.* UNITED STATES. December 10, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Ode L. Rankin* for petitioner. *Solicitor General McGrath, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 528. UNITED STATES EX REL. TENNESSEE VALLEY AUTHORITY *v.* WELCH;

No. 529. UNITED STATES EX REL. TENNESSEE VALLEY AUTHORITY *v.* BURNS ET AL.;

No. 530. UNITED STATES EX REL. TENNESSEE VALLEY AUTHORITY *v.* LOLLIS ET AL.;

No. 531. UNITED STATES EX REL. TENNESSEE VALLEY AUTHORITY *v.* BRADSHAW ET AL.;

No. 532. UNITED STATES EX REL. TENNESSEE VALLEY AUTHORITY *v.* RUST ET AL.; and

No. 533. UNITED STATES EX REL. TENNESSEE VALLEY AUTHORITY *v.* HYATT ET AL. December 10, 1945. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Solicitor General McGrath* for petitioner. *Messrs. McKinley Edwards, G. L. Jones* and *George H. Ward* for respondent. Reported below: 150 F. 2d 613.